# EXHIBIT
# 1

CAUSE NO. 2014CVF000504 D3

| | | |
|---|---|---|
| RUFINA REYES YANEZ, | § | |
| | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| vs. | § | WEBB COUNTY, TEXAS |
| | § | |
| AMERICAN GENERAL LIFE | § | |
| INSURANCE COMPANY, | § | 341ST JUDICIAL DISTRICT |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S
## TRADITIONAL MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant American General Life Insurance Company's ("American General") Traditional Motion for Summary Judgment (the "Motion"). After considering the Motion, any arguments of counsel and for good cause shown, the Court finds that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED AND DECREED that:

1.    The Motion is granted in its entirety.

2.    The Court finds that American General did not owe a legal duty to Plaintiff under which it was obligated to search the Social Security Administration's Death Master File in order to discover the insured's death. Plaintiff has failed to demonstrate that such a legal duty exists under Texas law.

3.    Plaintiff's claims are all dismissed with prejudice. Each party shall bear its own costs. This is a final order that dispenses with all claims before the Court.

SIGNED this _13_ day of ___May___, 2015.

_____
JUDGE PRESIDING